# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN TITO MALACH, JR.,<br><br>　　　　Defendant. | Case No: 2:16-mj-00618-GWF<br><br>ORDER CONTINUING<br>BENCH TRIAL |

　　　　Based on the pending stipulation of counsel, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for January 18, 2017, at the hour of 9:00 a.m., be vacated and continued to __February 22__, 2017, at the hour of 9:00 a.m. in Courtroom 3A.

　　　　DATED this __17th__ day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ George Foley Jr._
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3